IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| C.L., *et al.* | : CIVIL ACTION NO.  16-1052 |
| | : |
| v. | : CONSOLIDATED WITH |
| | : NO.  16-1452 (Mars v. C.L.) |
| MARS AREA SCHOOL DISTRICT, *et al.* | : |

## ORDER

**AND NOW**, this 6th day of February 2018, upon considering the Motion to withdraw (ECF Doc. No. 92) the Motion to enforce the settlement agreement (ECF Doc. No. 90), it is **ORDERED**:

    1.    The Motion to withdraw (ECF Doc. No. 92) is **GRANTED**;

    2.    The Motion to enforce settlement (ECF Doc. No. 90) is **DENIED as withdrawn;** and,

    3.    The February 7, 2018 Telephone Conference is **CANCELLED**.

_____
KEARNEY, J.